PROB 12B
(7/93)

Report Date: March 15, 2006

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 17 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Mark Douglas Melgren          Case Number: 2:02CR02192-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen

Date of Original Sentence: 6/20/2003          Type of Supervision: Probation

Original Offense: Possession of a Firearm by          Date Supervision Commenced: 6/20/2003
Prohibited Person, 18 U.S.C. § 922 (g) (1)

Original Sentence: Probation - 36 Months          Date Supervision Expires: 6/19/2006

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

18      You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

### CAUSE

On February 22, 2006, the defendant provided a urine sample for drug testing. This sample returned presumptive positive for the presence of methamphetamine. The defendant stated he had been taking medication prior to the testing but could not provide the name of the medication or a prescription.

On March 7, 2006, this sample was confirmed positive for methamphetamine. The defendant admitted to using methamphetamine and will be referred for additional testing and treatment.

It would be respectfully requested the Court modify the defendants conditions to include up to six drug testings per month.

Respectfully submitted,

by _____
David L. McCary
U.S. Probation Officer
Date: March 15, 2006

Prob 12B
**Re:  Melgren, Mark Douglas**
**March 15, 2006**
**Page 2**

## THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

_____
Date